NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MGI DIGITAL TECHNOLOGY S.A.,**

*Plaintiff-Appellant*

v.

**DUPLO U.S.A. CORP.,**

*Defendant-Appellee*

---

2024-1640

---

Appeal from the United States District Court for the Central District of California in No. 8:22-cv-00979-DOC-KES, Judge David O. Carter.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2       MGI DIGITAL TECHNOLOGY S.A. V. DUPLO U.S.A. CORP.

(2)   Each side shall bear their own costs.


FOR THE COURT


July 22, 2024
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** July 22, 2024